**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EMX INTERNATIONAL,

    Plaintiff,

v.                                                          CASE NO. 6:12-CV-1818-Orl-36DAB

G2 ASSOCIATES, LLC, SAFETOWER, LLC,
and JOHN ROBINSON,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on December 6, 2012 (Doc. 3). In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff EMX International's ("Plaintiff") Complaint (Doc. 1) be dismissed as the Court is without jurisdiction over the action. *See* Doc. 3. The Court agrees with the Magistrate Judge that the Court does not have diversity jurisdiction over this matter and no other basis of jurisdiction has been alleged or shown. *Id*. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.     The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff EMX International's Complaint (Doc. 1) is **DISMISSED,** for lack of subject matter jurisdiction.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on December 27, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD